GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

WILSHIRE CREDIT CORP
PO BOX 8517
PORTLAND, OR  97207

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

WILSHIRE CREDIT CORP
PO BOX 8517
PORTLAND, OR  97207

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

WILSHIRE CREDIT CORP
PO BOX 8517
PORTLAND, OR  97207

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

WILSHIRE CREDIT CORP
PO BOX 8517
PORTLAND, OR  97207

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

CHASE AUTOMOTIVE FINANCE CORP
PO BOX 901032
FORT WORTH, TX  76101-2032

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER                           Case No. 06-08382
DEVAL T RETHERFORD-SPEER                   Account No.  936388

CHASE AUTOMOTIVE FINANCE CORP          WILLIAM P SPEER
PO BOX 901032                          DEVAL T RETHERFORD-SPEER
FORT WORTH, TX  76101-2032             356 CENTURY DR
                                       OSWEGO, IL  60543

                                       DAVID M SIEGEL
                                       790 CHADDICK DR
                                       WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

SEVENTH AVENUE
1112 7TH AVE
MONROE, WI  53566

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

MRSI
2250 E DEVON AV STE 352
DES PLAINES, IL  60018

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

BALLYS TOTAL FITNESS
12440 E IMPERIAL HWY #300
NORWALK, CA  90650-8309

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388


CAPITAL ONE BANK
% TSYS DEBT MGMT INC
PO BOX 5155
NORCROSS, GA  30091

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543


DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER                                            Case No. 06-08382
DEVAL T RETHERFORD-SPEER                    Account No.  936388

CHECK BROKERAGE CORP                        WILLIAM P SPEER
PO BOX 4064                                              DEVAL T RETHERFORD-SPEER
QUINCY, IL  62305-4064                               356 CENTURY DR
                                                                  OSWEGO, IL  60543

                                                                  DAVID M SIEGEL
                                                                  790 CHADDICK DR
                                                                  WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

                                        /S/  Marifran Smith
                                        _____
                                        For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

                                        /S/  Marifran Smith
                                        _____
                                        For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER                                    Case No. 06-08382
DEVAL T RETHERFORD-SPEER                            Account No.  936388


CREDIT PROTECTION ASSOC                    WILLIAM P SPEER
13355 NOEL RD                              DEVAL T RETHERFORD-SPEER
DALLAS, TX  75240                          356 CENTURY DR
                                           OSWEGO, IL  60543


                                           DAVID M SIEGEL
                                           790 CHADDICK DR
                                           WHEELING, IL  60090


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                          /S/  Marifran Smith
                          _____

                          For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                          /S/  Marifran Smith
                          _____

                          For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER                                    Case No. 06-08382
DEVAL T RETHERFORD-SPEER                           Account No.  936388


DREYER MEDICAL CLINIC                       WILLIAM P SPEER
1870 W GALENA BLVD                          DEVAL T RETHERFORD-SPEER
AURORA, IL  60506                           356 CENTURY DR
                                            OSWEGO, IL  60543


                                            DAVID M SIEGEL
                                            790 CHADDICK DR
                                            WHEELING, IL  60090


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No. 936388

ECAST SETTLEMENT CORPORATION
PO BOX 35480
NEWARK, NJ 07193-5480

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL 60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL 60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No. 936388

DEPENDON COLLECTION SERVICE
PO BOX 4983
OAK BROOK, IL 60523

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL 60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL 60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

NORTHWESTERN MEMORIAL HOSPITAL
PO BOX 73690
CHICAGO, IL  60673-7690

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER                                        Case No. 06-08382
DEVAL T RETHERFORD-SPEER                  Account No.  936388

ORAL KARE NETWORK                            WILLIAM P SPEER
770 N HALSTED ST SUITE 100                 DEVAL T RETHERFORD-SPEER
CHICAGO, IL  60622                                356 CENTURY DR
                                                            OSWEGO, IL  60543

                                                            DAVID M SIEGEL
                                                            790 CHADDICK DR
                                                            WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No. 936388

COMPUTER CREDIT SERVICE
5340 N CLARK
PO BOX 60201
CHICAGO, IL 60660

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL 60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL 60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

SPRINT
PO BOX 6419
CAROL STREAM, IL  60197

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

THERA TECH EQUIPMENT
1730 PARK ST #101
NAPERVILLE, IL  60563

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No. 936388

TCF BANK
801 MARQUETTE 2FL SPEC ACCTS
MINNEAPOLIS, MN 55402

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL 60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL 60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER                                        Case No. 06-08382
DEVAL T RETHERFORD-SPEER                  Account No.  936388


TCF NATIONAL BANK                                 WILLIAM P SPEER
800 BURR RIDGE PARKWAY                       DEVAL T RETHERFORD-SPEER
BURR RIDGE, IL  60521                               356 CENTURY DR
                                                              OSWEGO, IL  60543


                                                              DAVID M SIEGEL
                                                              790 CHADDICK DR
                                                              WHEELING, IL  60090


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                                        /S/  Marifran Smith
                                        _____

                                        For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                                        /S/  Marifran Smith
                                        _____

                                        For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER

Case No. 06-08382
Account No.  936388

OLIVER ADJUSTMENT
3416 ROOSEVELT RD
KENOSHA, WI  53142

WILLIAM P SPEER
DEVAL T RETHERFORD-SPEER
356 CENTURY DR
OSWEGO, IL  60543

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

WILLIAM P SPEER                                    Case No. 06-08382
DEVAL T RETHERFORD-SPEER                           Account No.  936388


UNITED HOSPITAL SYSTEM               WILLIAM P SPEER
% OLIVER ADJUSTMENT CO               DEVAL T RETHERFORD-SPEER
3416 ROOSEVELT RD                    356 CENTURY DR
KENOSHA, WI  53142                   OSWEGO, IL  60543


                                     DAVID M SIEGEL
                                     790 CHADDICK DR
                                     WHEELING, IL  60090


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313